## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LOUIS BROWN                                                                                    PLAINTIFF

v.                              5:10-cv-00296-SWW-JTK

BYNUM GIBSON, et al.                                                                    DEFENDANTS

### ORDER

Plaintiff's Motion to Dismiss his Complaint (Doc. No. 3) is hereby GRANTED.

An Appropriate Judgment shall accompany this Order

IT IS SO ORDERED this 18th day of October, 2010.


    /s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE