# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LOUIS BROWN                                                                                          PLAINTIFF

V.                                        5:10-cv-00296-SWW-JTK

BYNUM GIBSON, et al.                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 18th day of October, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE